UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-cv-80559-RYSKAMP

HOWARD COHAN,

    Plaintiff,

vs.

STCR ACQUISITION, LLC d/b/a STIR CRAZY

    Defendants(s).
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD COHAN, by and through undersigned counsel, hereby files his Notice of Voluntary Dismissal **with Prejudice** of this Action pursuant to Rule 41 of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, STCR ACQUISITION, LLC ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2. This case shall be dismissed with **prejudice** against Defendant with each party bearing their own attorneys' fees and costs.

Dated: 6/17/15

Respectfully Submitted,

**WEISS LAW GROUP, P.A.**
*Attorneys for Plaintiff*
5531 N. University Drive
Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798

BY: _____
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
Peter S. Leiner
Peter@jswlawyer.com
Florida Bar No. 104527